UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW CARR, TERRY CARR, DAVID TUMBLIN, GREGORY BROWN, JAMES CHECCA, and PAUL GLENNON, *individually and on behalf of all similarly situated individuals*,<br><br>Plaintiffs,<br><br>v.<br><br>FLOWERS FOODS, INC. *and* FLOWERS BAKING CO. OF OXFORD, INC.,<br><br>Defendants. | No. 2:15-cv-06391-LS |
| LUKE BOULANGE, *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>FLOWERS FOODS, INC. *and* FLOWERS BAKING CO. OF OXFORD, INC.,<br><br>Defendants. | No. 2:16-cv-02581-JD |

**DEFENDANTS' MOTION TO CONSOLIDATE RELATED ACTIONS**

COME NOW Defendants Flowers Foods, Inc. and Flowers Baking Co. of Oxford, Inc. (collectively, "Defendants") and, for the reasons set forth in the memorandum of points and authorities submitted herewith, respectfully move this Court to enter an order consolidating two related actions pending in this District, *Matthew Carr, et al. v. Flowers Foods, Inc. and Flowers Baking Co. of Oxford, Inc.*, No. 2:15-cv-06391-LS ("*Carr*") and *Luke Boulange v. Flowers Foods, Inc. and Flowers Baking Co. of Oxford, Inc.*, 2:16-cv-02581-JD ("*Boulange*"), pursuant

1

to Federal Rule of Civil Procedure 42(a). Additionally, Defendants request that the Court require the parties to meet and confer about whether the existing case management order should be revised and, if so, to submit a revised case management plan to the Court.

WHEREFORE, Defendants respectfully request that the Court consolidate the *Carr* and *Boulange* actions before Judge Stengel; order the parties to meet and confer over whether there should be a further amended case management schedule in light of the consolidation order and, if so, to file such a plan within fourteen (14) days; and award such other relief as the Court deems just and proper. A proposed order is submitted hereiwth.

Dated: June 13, 2016

Respectfully submitted,

**OGLETREE, DEAKINS, NASH SMOAK & STEWART, P.C.**

By: */s/ Julie A. Donahue*
Clark Whitney (PA 201052)
Julie A. Donahue (PA 203347)
1735 Market Street, Suite 3000
Philadelphia, Pennsylvania 19103
T: (215) 995-2800
F: (215) 995-2801
clark.whitney@ogletreedeakins.com
julie.donahue@ogletreedeakins.com

Michael J. Murphy
(*admitted pro hac vice in Carr*)
Christopher E. Humber
(*admitted pro hac vice in Carr*)
1909 K Street, N.W., Suite 1000
Washington, D.C. 20006
T: (202) 887-0855
F: (202) 887-0866
michael.murphy@ogletreedeakins.com
chris.humber@ogletreedeakins.com

Mark Diana
(*admitted pro hac vice in Boulange*)
Robin Koshy
(*admitted pro hac vice in Boulange*)
10 Madison Avenue, Suite 400
Morristown, New Jersey  07205
T: (973) 656-1600
mark.diana@ogletreedeakins.com
robin.koshy@ogletreedeakins.com

***Attorneys for Defendants***

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2016, a copy of the foregoing was filed with the ECF system of the United States District Court for the Eastern District of Pennsylvania, which will give notice to the following counsel of record:

### Counsel for the Plaintiffs in *Carr*:

Charles E. Schaffer, Esq.
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street
Suite 500
Philadelphia, Pennsylvania 19106
(215) 592-1500
cschaffer@lfsblaw.com
via Hand Delivery

Shawn J. Wanta, Esq.
Patricia A. Bloodgood, Esq.
Christopher D. Jozwiak, Esq.
BAILLON THOME JOZWIAK & WANTA LLP
100 South Fifth Street, Suite 1200
Minneapolis, Minnesota 55402
(612) 252-3570
sjwanta@baillonthome.com
pabloodgood@baillonthome.com
cdjozwiak@baillonthome.com

Susan E. Ellingstad, Esq.
Rachel A. Kitze Collins, Esq.
Brian D. Clark, Esq.
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, Minnesota 55402
(612) 339-6900
seellingstad@locklaw.com
rakitzecollins@locklaw.com
bdclark@locklaw.com

Gordon Rudd, Esq.
David M. Cialkowski, Esq.
ZIMMERMAN REED PLLP
111 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402
(612) 341-0400
Gordon.Rudd@zimmreed.com
David.Cialkowski@zimmreed.com

### Counsel for the Plaintiffs in *Boulange*:

Peter D. Winebrake, Esq.
R. Andrew Santillo, Esq.
Mark J. Gottesfeld, Esq.
WINEBRAKE & SANTILLO, LLC
Twining Office Center, Suite 211
715 Twining Road
Dresher, PA 19025
(215) 884-2491
pwinebrake@winebrakelaw.com
asantillo@winebrakelaw.com
mgottesfeld@winebrakelaw.com

      */s/Julie A. Donahue*
Julie A. Donahue (PA 2033347)
1735 Market Street, Suite 3000
Philadelphia, PA 19103
T:  (215) 995-2800
F:  (215) 995-2801
julie.donahue@ogletreedeakins.com

25116640.1